**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

USA,

Plaintiff,

v.

Lawrence Dunbar,

Defendant.

Case No.  20cr656-2
Judge  Jeffrey T. Gilbert

## ORDER

Initial appearance and arraignment proceedings held on 8/5/21. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant was taken into custody on 8/4/21. Jasmine Johnson Federal Defender Program is assigned as counsel for Defendant. Defendant was informed of the charges in the Indictment, the maximum penalties provided by law, and his rights. Defendant waived a formal reading of the Indictment and entered a plea of not guilty to each charge and all counts of the Indictment in which he is named. The Court sets the following schedule: 16.1(a) Conference by 8/12/21. Status hearing before Judge Blakey on 9/9/21 at 1:00 p.m. Final deadlines for the filing of any pretrial motions and responses shall be set by the District Court by separate order. On the Government's oral motion, and Defendant not objecting, the Court finds that the time from 8/5/21 to 9/9/21 shall be excluded in the interest of justice and for the filing of any pretrial motions pursuant to 18 USC §3161(h)(7)(A)(B) and 18 USC §3161(h)(1)(D). The Government orally moved to detain Defendant pursuant to 18 U.S.C. § 3142 (f)(1)(E). Defendant requests a hearing on the Government's motion. In accordance with 18 U.S.C. § 3142(f), for good cause shown and by agreement of the parties, a detention hearing is set for 8/9/21 at 2:30 p.m. via telephone conference. The toll-free call-in number and access code for the telephonic detention hearing is as follows: Dial: 877-336-1829 Access Code: 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. As provided by 18 U.S.C. § 3142(f), Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. Pursuant to Federal Rule of Criminal Procedure Rule 5(f) (1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.(X-T) T: 00:15

Date: 8/5/21

Magistrate Judge Jeffrey T. Gilbert