## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

USA

Plaintiff

v.                                                    Case No. 20cr656-2
                                                      Judge Jeffrey T. Gilbert

Lawrence Dunbar

Defendant.

### ORDER

Case called for detention hearing on 8/9/21. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant informed the Court that, at this time, he waives his right to a detention hearing without prejudice to his ability to contest detention in the future and pending a revocation hearing before the District Judge. For these reasons, the Government's unopposed oral motion to detain Defendant is granted without prejudice. Because the motion is unopposed, the Court makes no finding as to serious risk of flight, danger to the community or any other statutory factor that is relevant to the issue of release or detention under 18 U.S.C. § 3142. The Court's order is without prejudice to Defendant contesting detention and raising the issue of release at a later time if he so chooses. Accordingly, as provided by 18 U.S.C. § 3142(f), Defendant shall remain in the custody of the United States Marshal. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. T: 00:10

Date: 8/9/2021                                        Magistrate Judge Jeffrey T. Gilbert